```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0060--CR (JWS)
                         "USA V JONATHAN L. MERRILL"
                         DEF 1.1 MERRILL, JONATHAN L.

          Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/22/04
            Closed: 10/14/04
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Other Custody
        Trial date:
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 MERRILL, JONATHAN L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:471 COUNTERFEITING OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (23-1) |
| 1 - 1 IND | 2 | 18:472 UTTERING COUNTERFEIT OBLIGATIONS OF THE UNITED STATES (F) | Dismissed (23-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0060--CR (JWS)
                              "USA V JONATHAN L. MERRILL"

                                   For all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 04/22/04
          Closed: 10/14/04
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 04/22/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - | 1 | 04/23/04 | [Re: DEF 1] Issued WOA. |
| 2 - | 1 | 04/23/04 | [Re: DEF 1] JDR Grand Jury Minutes; Indt secret; WOA to issue; pet for h/c ad pros to follow; bail set at $25,000 secured; in state custody. |
| 3 - | 1 | 04/28/04 | [Re: DEF 1] PLF 1 petition for writ of habeas corpus ad pros. |
| NOTE - | 2 | 05/03/04 | Issued: Writ of H/C ad pros. |
| 4 - | 1 | 05/03/04 | [Re: DEF 1] JDR Order granting petition for writ of habeas corpus ad pros (3-1). cc: USA, USM, J. Merrill w/USM cy |
| 5 - | 1 | 05/03/04 | [Re: DEF 1] JDR Minute Order re Arr set for 5/5/04 at 4:00 p.m. cc: USA, USM, USPO, J. Merrill w/USM cy |
| NOTE - | 3 | 05/04/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 6 - | 1 | 05/06/04 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Indt hld 5/5/04; MJ Haden apptd; def pled not guilty; def detained; PTM's due 5/25/04; cnsl advised of trial date of 7/12/04. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 7 - | 1 | 05/06/04 | [Re: DEF 1] Financial Affidavit. |
| 8 - | 1 | 05/06/04 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 9 - | 1 | 05/06/04 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 5/11/04; PTM's due 5/25/04. cc: USA, FPD |
| 10 - | 1 | 05/07/04 | [Re: DEF 1] PLF 1 Discovery Conference certificate. |
| 11 - | 1 | 05/10/04 | [Re: DEF 1] JWS Minute Order setting TBJ on 7/12/04 at 9:00 a.m. and FPTC on 7/12/04 at 8:30 a.m.. cc: USA, FPD, USPO, USM, MJ Roberts, JC |
| 12 - | 1 | 05/10/04 | [Re: DEF 1] JWS Minute Order that no replies are to be fld unless requested by DJ or MJ. cc: USA, FPD, MJ Roberts |
| 13 - | 1 | 05/12/04 | DEF 1 Attorney Appearance of M.J. Haden (FPD). |
| 14 - | 1 | 05/24/04 | [Re: DEF 1] Return of WOA executed at Anchorage,AK on 5/5/04. |
| 15 - | 1 | 05/25/04 | [Re: DEF 1] PLF 1 Attorney Substitution of R. Randall (AUSA) for M. Rosenbaum(AUSA). |
| 16 - | 1 | 07/01/04 | [Re: DEF 1] PLF 1 Plea Agreement. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A04-0060--CR (JWS)
                  "USA V JONATHAN L. MERRILL"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 07/02/04 | DEF 1 Notice of Intent to change plea. |
| 18 - 1 | 07/07/04 | [Re: DEF 1] JWS Minute Order setting PCOP on 7/26/04 at 8:00 a.m.; 7/12/04 FPTC & TBJ are vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 19 - 1 | 07/26/04 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: PCOP hrg held 7/26/04; changed plea to guilty on cts 1 & 2 of Indt; IOS set 10/13/04 at 8:30 a.m.; det cont. cc: USA, FPD, USM, USPO, MJ Roberts |
| 20 - 1 | 10/06/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 21 - 1 | 10/06/04 | DEF 1 Sentencing Memorandum. |
| 22 - 1 | 10/13/04 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re IOS hld 10/13/04; sent imposed; def remainded to cust of USM; on mot of USA ct 2 of Indt dsmssd. |
| 23 - 1 | 10/14/04 | [Re: DEF 1] JWS Judgment dismissed or count 2 of the Indictment (1-1); pleaded guilty to count(s) 1 of the Indictment (1-1). Sentence to be concurrently with the sentences in State of Ak case 4FA-S03-1868-CR and 3AN-S03-3440-CR w/recommendations to the BOP. Def is remanded to the custody of the USM. SR 3 years w/standard & special conditions. SA $100.00. cc: AUSA, FPD, USM, USPO, MJ Roberts, Def w/cnsl cy, Finance, FLU |
| 24 - 1 | 11/09/04 | [Re: DEF 1] Partial Transcript of IOS held 10/13/04 |
| 25 - 1 | 06/03/05 | USM Return of svc on writ of habeas corpus ad prosequendum re: DEF 1 executed on 5/5/04-10/13/04. |
| 26 - 1 | 12/15/05 | [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from unlawful use of controlled substance & shall submit to drug testing. cc: USPO |