

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Merrill, Jonathan |
| DATE OF BIRTH: | 09/28/1973 |
| CHARGE: | Violations of SR |
| CASE NUMBER: | A04CR0060 |
| PLACE HELD: | ACC- West |
| DATE OF ARREST: | Released to USMS detainer 8/4/2006 |
| TIME OF ARREST: | N/A |
| PLACE ARRESTED: | Anchorage |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:   YES __x__   NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.