MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JONATHAN L. MERRILL            CASE NO. 3:04-cr-00060-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          MATTHEW W. HALL

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:          MJ HADEN - APPOINTED

U.S.P.O.:                      MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD AUGUST 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:04 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release and Supplemental
   Petition to Revoke Supervised Release given to defendant:
   waived reading.

 X Defendant advised of general rights.  X Waived full advisement
                                            of rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1 thru 3 of the Petition to
   Revoke Supervised Release and allegation 4 of the Supplemental
   Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Evidentiary Hearing set for **August 16, 2006 at 10:00 a.m.**
   before U.S. Magistrate Judge John D. Roberts.

CONTINUED ON PAGE 2

DATE:      August 7, 2006         DEPUTY CLERK'S INITIALS:     ak

```
              CONTINUATION - PAGE 2
             U.S.A. vs. JONATHAN L. MERRILL
                   3:04-cr-00060-JWS
   INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE
                     August 7, 2006
```

 X  Defendant detained/Detention Hearing set for **August 11, 2006 at 10:00 a.m.** before U.S. Magistrate Judge John D. Roberts.

 X  Order Of Temporary Detention Pending Hearing **FILED.**

 X  OTHER: Court and counsel heard re defendant's oral motion for a detention hearing; **GRANTED.**

At 3:16 p.m. court adjourned.

DATE:     August 7, 2006        DEPUTY CLERK'S INITIALS:    ak