# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A04CR0060 |
| ) | |
| vs. ) | **WARRANT FOR ARREST** ~~SEALED~~ |
| ) | |
| Jonathan Merrill ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Jonathan Merrill and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

1/19/06
Date

*ORIGINAL*

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| RL To USMS DETAINER | | |
| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 8/4/2006 | Stacy Mazzon SDUSM | |

Received U.S. Marshals Service Alaska AUG 0 3 2006
Received AUG 0 3 2006 Clerk U.S. District Court Anchorage Alaska