M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN L. MERRILL,<br><br>    Defendant. | Case No. 3:04-cr-0060-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

    Defendant, Jonathan L. Merrill, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to vacate the detention hearing currently scheduled for Friday, August 11, 2006.  At the current time, Mr. Merrill does not have a proposal for his release to present to the court.  Thus, at this time he does not contest detention and asks that the detention hearing be vacated.  If Mr. Merrill has a proposal in the future, he will notify the court in writing and file a request for a bail review hearing.

    This motion is unopposed by Assistant United States Attorney Retta-Rae Randall.

DATED this 10th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden