UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN L. MERRILL,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0060-JWS<br><br>**PROPOSED<br>ORDER VACATING<br>DETENTION HEARING** |

After due consideration of the defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of the defendant's unopposed motion to vacate the detention hearing scheduled for Friday, August 11, 2006, the court GRANTS the motion. It is hereby ordered that the detention hearing scheduled for Friday, August 11, 2006, at 10:00 a.m. be vacated.

DATED August _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge