M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN L. MERRILL,<br><br>　　　　　　Defendant. | Case No. 3:04-cr-0060-JWS<br><br>**NOTICE OF INTENT TO ADMIT** |

　　　　　Defendant, Jonathan L. Merrill, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to admit to violation one through three of the petition to revoke filed at Docket No. 27 and violation four contained in the petition to revoke filed at Docket No. 28.  Mr. Merrill asks that the court accept his admission on Wednesday, August 16, 2006, at 10:00 a.m., the time currently scheduled for an evidentiary hearing.

///

///

///

DATED this 15th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden