UNITED STATES DISTRICT COURT
District of Alaska

| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| JONATHAN L. MERRILL. | (Original Judgment filed <u>10/14/04</u>) Case Number: <u>3:04-cr-00060-JWS</u> <u>MJ Haden</u> Defendant's Attorney |

Defendant's probation officer filed a petition on <u>01/23/06 and a supplemental petition on 02/03/06</u> accusing defendant of <u>4</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1 thru 3 of the Petition to Revoke Supervised Release and allegation 4 of the Supplemental Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Possess a controlled substance | 01/18/06 | C |
| 2 | Standard | Possess drug paraphernalia | 01/18/06 | C |
| 3 | Mandatory | Drug use | 01/13/06 | C |
| 4 | Standard | Fail to report to probation officer | 01/19/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 16, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8-17-06
Date

AO245.REV

Defendant: JONATHAN L. MERRILL           Amended Judgment--Page 2 of 3
Case No.:  3:04-cr-00060-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]  probation [_]  having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 2 months.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
     [_] at _____ a.m./p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_] before 2 p.m. on _____.
     [_] as notified by the United States Marshal.
     [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
   Deputy Marshal

AO245.REV

Defendant: JONATHAN L. MERRILL                    Amended Judgment--Page 3 of 3
Case No.:   3:04-cr-00060-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1. The defendant is to participate in an in-patient drug treatment program at the Clitheroe Center as directed by the probation officer.

2. The defendant shall refrain from the use of alcohol.

The term of supervision is not [_] is [X] extended as follows:

The remainder of the existing term of supervised release.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV